**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CHARMANT BIROTTE** **PLAINTIFF**
**ADC #187977**

**v.** **Case No. 4:25-cv-1056-JM**

**MIKE BROWN, Deputy, Pope County**
**Sheriff's Office and DESTON LINKOUS,**
**Pope County Sheriff's Office** **DEFENDANTS**

**ORDER**

Plaintiff Charmant Birotte's motion for a copy of the Court's September 22, 2026 Order (Doc. 14) is GRANTED. The Court directs the Clerk to mail Birotte of copy of the Order (Doc. 12) along with a copy of this Order.

IT IS SO ORDERED this 5th day of October 2026.

______________________________
UNITED STATES DISTRICT JUDGE